**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-02237-WJM

LAINE F. SELF,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Vacating Decision of Administrative Law Judge, entered by the Honorable William J. Martínez, United States District Judge, on May 8, 2015,

IT IS ORDERED that the Commissioner's decision is VACATED and this case is REMANDED to the Commissioner for rehearing.

Dated at Denver, Colorado this 11th day of May 2015.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:   s/Deborah Hansen
                Deborah Hansen, Deputy Clerk